IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>OLD NATIONAL TITLE, LLC, et al.<br><br>Defendants. | CASE NO. 1:10-CV-00074<br>(Consolidated with Case No. 1:10-cv-00518)<br><br>Judge Timothy S. Black<br><br>**STIPULATION OF CONDITIONAL DISMISSAL ORDER** |

The Court having been advised by counsel that certain claims within this litigation have been settled, it is ORDERED that this action, as to Defendants, Old National Title of Columbus, LLC, Old National Title, LLC, Old National Title of Southern Ohio, LLC, James S. Watson, and W. Jeffery Foreman, ("Defendants") and only with specific respect the allegations contained in the "Weber Property Refinance" claim, counts 74-79, and the "Long Property Purchase" claim, counts 80-85, from the Plaintiff's First Amended Complaint, are hereby DISMISSED WITH PREJUDICE.

Provided however, that Plaintiff may re-open the action if settlement is not consummated as the result of any of the above named Defendants being placed into bankruptcy or declaring bankruptcy within 90 days of the date of filing of this Order. This Conditional Dismissal Order therefore becomes a Final Dismissal with Prejudice automatically upon the expiration of the 90 day period, on January 23, 2012.

This Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties as set forth in this Order, on motion or *sua sponte*.

1

Each party shall bear its own costs.

_____
**Judge Timothy S. Black** 10/26/11
United States Magistrate Judge

*(per email authorization on 10/24/11)*
*/s/ Carey K. Steffen*
Carey K. Steffen (0072308)
Ritter & Randolph, LLC
105 E. Fourth Street, Suite 1200
Cincinnati, OH 45202
Tel: (513) 381-5700
Fax: (513) 381-0014
csteffen@ritter-randolph.com
Attorney for Plaintiff


*/s/ William H. Fry*
William Fry (0079108)
Rendigs, Fry, Kiely & Dennis
1 West Fourth Street, Suite 900
Cincinnati, Ohio 45202
Tel: 513.381.9223
Fax: (513) 381.9206
whf@rendigs.com
Attorney for Defendants

2